# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 912 MAL 2014
:
              Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
        v. :
:
:
:
ROBERT LEE BEAVERS JR., :
:
           Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of May, 2015, the Petition for Allowance of Appeal is **DENIED**.